IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HARDNEY,<br><br>    Petitioner,<br><br>v.<br><br>D. ADAMS, Warden,<br><br>    Respondent. | No. C 11-04712 EJD (PR)<br><br>ORDER TO SHOW CAUSE;<br>GRANTING MOTION FOR LEAVE<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(Docket No. 2) |

Petitioner, a state prisoner, seeks a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a prison disciplinary decision that resulted in the loss of good time credits.[1] Petitioner has filed a motion for leave to proceed in forma pauperis. (Docket No. 2.)

**BACKGROUND**

Petitioner is currently incarcerated at Pelican Bay State Prison. Petitioner challenges a prison disciplinary hearing at which he was found guilty of willfully delaying and obstructing a peace officer. Petitioner was assessed ninety days loss of

---

[1] The matter was transferred to this Court from the United States District Court for the Eastern District on September 12, 2011. (See Docket No. 3.)

Order to Show Cause; Granting IFP
G:\PRO-SE\SJ.EJD\HC.11\04712Hardney_osc&ifp.wpd

1  credits. Petitioner filed a habeas petition in the state superior court which was
2  denied on March 16, 2011. His petitions to the state appellate and supreme courts
3  were also denied. Petitioner filed the instant federal habeas petition on September 7,
4  2011.

## DISCUSSION

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." <u>Id.</u> § 2243.

B. <u>Legal Claims</u>

Petitioner claims that on May 22, 2009, he was ordered to take a cell-mate, and issued a rules violation report charging him with willfully delaying and obstructing a peace officer when, according to the allegations therein, he refused to cooperate. At the conclusion of a disciplinary hearing held on May 31, 2009, Petitioner was found guilty of the offense and assessed ninety days forfeiture of credits. Petitioner claims that there is no evidence to support the allegation that he refused to take a cell-mate, and that therefore the guilty finding must be reversed. Liberally construed, Petitioner's claim appears cognizable under § 2254 and merits an answer from Respondent.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1. Petitioner's motion for leave to proceed <u>in forma pauperis,</u> (Docket

Order to Show Cause; Granting IFP
G:\PRO-SE\SJ.EJD\HC.11\04712Hardney_osc&ifp.wpd    2

No. 2), is GRANTED.

2. The Clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on Respondent and Respondent's attorney, the Attorney General of the State of California. The Clerk also shall serve a copy of this order on Petitioner.

3. Respondent shall file with the court and serve on petitioner, within **sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the answer.

4. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and Respondent shall file with the court and serve on Petitioner a reply within **fifteen (15) days** of receipt of any opposition.

5. Petitioner is reminded that all communications with the court must be served on Respondent by mailing a true copy of the document to Respondent's counsel. Petitioner must also keep the Court and all parties informed of any change of address.

DATED: 2/13/2012

EDWARD J. DAVILA
United States District Judge

Order to Show Cause; Granting IFP
G:\PRO-SE\SJ.EJD\HC.11\04712Hardney_osc&ifp.wpd        3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN HARDNEY,

        Petitioner,

  v.

D. ADAMS, Warden,

        Respondent.
                               /

Case Number: CV11-04712 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/15/2012  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Hardney D-00599
Pelican Bay State Prison
P. O. Box 7500
Crescent City, CA 95532

Dated:   2/15/2012

                                Richard W. Wieking, Clerk
                    /s/  By: Elizabeth Garcia, Deputy Clerk